## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Harold S. Klock, Christine Klock, and Morris Klock, | Civil No. 09-2058 (DWF/JSM) |
| v. | **ORDER TO DISMISS AND REMAND** |
| Don Samuels and the City of Minneapolis, a public body corporate and politic under the laws of the State of Minnesota, | |
| Defendants. | |

Jill Clark, Esq., Jill Clark PA, counsel for Plaintiffs.

C. Lynne Fundingsland and Gregory P. Sautter, Assistant City Attorneys, Minneapolis City Attorney's Office, counsel for Defendants.

---

Based upon the Stipulation of Dismissal jointly filed by the parties hereto (Doc. No. [16]),

**IT IS HEREBY ORDERED** that:

1. Count Four, and all of its subparts, alleged violations of 28 U.S.C. § 1983 (the Federal Claims), is **DISMISSED, WITHOUT PREJUDICE,** and without costs or fees to any party.

2. The remaining claims in the First Amended Complaint – namely, Counts 1, 2 and 3, insofar as they are state law claims, – are **REMANDED** to the Hennepin County

District Court.  The Clerk of the Court shall mail a certified copy of this Order to the Clerk of the Hennepin County District Court.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  September 7, 2010           s/Donovan W. Frank
                                                 DONOVAN W. FRANK
                                                 United States District Judge